A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Troy D. Wade                    305401
_____              Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Burl N. Cain
John L. Calvert
Andrea D. Ferguson
Steve Brengettsy

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
            Plaintiff(s): _____

            Defendant(s): _____

        2. Court (if federal court, name the district; if state court, name the parish):
_____

        3. Docket number: _____

        4. Name of judge to whom case was assigned: _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
_____
_____

6. Date of filing lawsuit: _____
7. Date of disposition: _____
C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
    Yes ( )    No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____
_____

II. Place of present confinement: *Louisiana State Penitentiary*

  A. Is there a prisoner grievance procedure in this institution?
    Yes (✓) No ( )

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
  Yes (✓) No ( )

  C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. *L.S.P. 2009-0455*

2. What steps did you take? *All Steps*

3. What was the result? *Granted*

  D. If your answer is No, explain why not: _____

3

Case 3:09-cv-00695-RET-CN   Document 1   08/31/2009   Page 3 of 10

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Troy D. Wade
   Address Louisiana State Penitentiary Angola, La. 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Burl N. Cain is employed as Warden at Louisiana State Penitentiary

C. Additional Defendants: John L. Calvert, Asst. Warden At L.S.P; Steve Brengettsy, Major At L.S.P; Chad Dubre, Major At L.S.P; Joseph Barr, Captain At L.S.P; Patrick Woods, Captain At L.S.P; Andrea D. Ferguson Sergeant At L.S.P.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On 5-13-09 I was sexually assaulted for the second time by Sergeant Andrea Ferguson. Warden Burl Cain Warden John Calvert and the rest of camp-J supervisors were notified of this problem. But nobody did anything about it. On 11-12-08 was the first time Sergeant Andrea Ferguson sexually assaulted.

2.) On 5-13-09 Major. Steve Brengettsy retaliated against me for reporting this incident. I was issued a disciplinary report for a rule 30-W from Major Steve Brengettsy for reporting

4

that i was sexually Assaulted By officer Andrea Ferguson.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. To have a T.R.O placed against Sergeant Andrea Ferguson. Awarded 1 million for Sexual Assault claim. Awarded $250,000 For Retaliation claim. Awarded $6,200 For Not being able outdoor exercise For 62 days.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 24th day of August, 2009.

Troy D. Wade
_____
Signature of plaintiff(s)

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Troy D. Wade
   VERSUS                                   DECLARATION
Andrea D. Ferguson           Civil Action No. _____

I **Troy Dewayne Wade** hereby declares:

This officer Andrea Ferguson tried to get me to send her family members $200 for her doing sexual acts upon me. Now I went to the officer of higher command with this complaint and they failed to do anything about it. This officer has threaten me, by saying I will never leave this camp until I pay them the $200 I owe them. This officer has written me up several times which is a retaliation and harassment for me reporting this incident. They told me to mail the money too A Bilbo Ferguson whose address is 3262 Doloroso Loot Rd. Woodville, Ms. 39669. And since I never did send the money to them, this officer has been harassing me ever since. They even tried to have me beat up and maced down by ranking officers on a couple of occasion. I don't feel safe around this officer and would like to have them not to come nowhere in contact with me for my own safety.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Angola, La. 70712 on 8-26-09

*Troy Wade*

# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

Troy D. Wade
 Plaintiff

PRELIMINARY

VERSUS

Andrea D. Ferguson

ORDER TO SHOW

CAUSE FOR A

INJUNCTION

Civil Action No. _____

Upon the complaint, the supporting affidavits of plaintiffs, and the memorandum of Law submitted herewith, it is:

ORDERED that defendant Andrea D. Ferguson show in room _____ of the United States courthouse 777 Florida Street, Ste. 139 Baton Rouge, La. 70801 on the day of ____, 20__ at ____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, From the courts I would like for them to stop this officer from coming around me and to never be harassed by this officer again.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid plaintiff by _____
                                                                  Date

Dated: _____

_____
Judge's signature

# Memorandum of Law

I know that preliminary injunction only lasts 90 days your honor. But I feel that this problem will not be fixed in that time frame under Mayweathers-v-Newland, 258 F.3d 930 (9th Cir. 2001). He asked for an additional 90-day extension on his preliminary injunction. Under Jackson-v-District of Columbia, 254 F.3d 262 (D.C. Cir. 2001) I feel this is A emergency situation and i can't wait until trial to resolve this matter. Also I would like for the courts to not require security from me because of my proverty.

8-24-09
Dated

Troy D. Wade
Signature

TO: Warden Calvert
RE: Applying For A preliminary injunction and/or T.R.O.
From: Troy Wade #305401
Date: 8-24-09

I am Applying For A preliminary injunction or T.R.O. against officer Andrea D. Ferguson. I have written several letters asking to not let this officer come nowhere around me. But this officer, Ferguson has constantly harassed me on and off for the last 7-months. So therefore I Ask the courts to resolve this matter As soon as possible.

#305401
Troy Wade
8-24-09

Original
C.C. File

Wade #305401
Camp-J-Cuda-3R
State Prison
Angola, La. 70712

((Legal Mail))

Clerk of Court
Middle District of Louisiana
777 Florida Street, Ste. 139
Baton Rouge, La. 70801

SCREENED OK
U.S. MARSHAL