UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY D. WADE (#305401)

VERSUS

BURL N. CAIN, ET AL

CIVIL ACTION

NO. 09-695-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 13, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion for Summary Judgment (rec.doc.no. 54) will be granted, dismissing the plaintiff's claims asserted against defendants Andrea Ferguson and Steve Brengettsy, and this action will be dismissed.

Baton Rouge, Louisiana, February 11, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA